Case 2:08-cr-00557-DB   Document 36   Filed 09/08/10   PageID.41   Page 1 of 2

CARLIE CHRISTENSEN, United States Attorney (#0633)
CAROL A. DAIN, Assistant United States Attorney (#10065)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-4475

FILED
U.S. DISTRICT COURT

2010 SEP -8  P 12: 27

DISTRICT OF UTAH
BY: _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | | Case No: 2:08 cr 557 DB |
| Plaintiff, | : | |
| | | FELONY INFORMATION |
| vs. | : | |
| | | VIO: 18 U.S.C. 2425, Use of |
| FELIPE J. KEIDAISCH, | : | Interstate Facility to Transmit |
| | | Information about a Minor |
| Defendant. | : | |
| | | Hon. Dee Benson |

The United States Attorney charges:

COUNT I
(18 U.S.C. 2425)

Between May 24, 2008 and August 7, 2008 in the Central Division of the District

of Utah,

FELIPE J. KEIDAISCH,

the defendant herein, using a means of interstate or foreign commerce, the internet, did

1

knowingly initiate the transmission of the name or electronic mail address of another individual, knowing that such other individual has not attained the age of 16 years, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, and attempted to do so; all in violation of Title 18, United States Code, Section 2425.

DATED this _8th_ day of September, 2010.

CARLIE CHRISTENSEN
United States Attorney

*/s/ Carol G. Dain*
CAROL A. DAIN
Assistant United States Attorney